UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| OTTO BISHOP and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>THE GOODYEAR TIRE AND RUBBER COMPANY and GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD.,<br><br>　　　　Defendants. | CIV. 13-5062-JLV<br><br>ORDER GRANTING EXTENSION |

　　Pursuant to defendants' unopposed motion for additional time to respond to plaintiff Otto Bishop's motion to compel (Docket 46) and good cause appearing, it is hereby

　　ORDERED that the motion (Docket 57) is granted and defendants shall file their response by **December 2, 2014**.

　　Dated November 21, 2014.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　/s/ *Jeffrey L. Viken*
　　　　　　　　　　　　JEFFREY L. VIKEN
　　　　　　　　　　　　CHIEF JUDGE