# EXHIBIT B

In The Matter Of:

*Otto Bishop*

*vs.*

*The Goodyear Tire & Rubber Co., et al.*

---

*William J. Woehrle*

*September 5, 2014*

---

**MERRILL CORPORATION**
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

**Page 82**

1  dominates; whereas, for another particular type
2  of flash, height or width dominates. It
3  depends on the flash.
4  Q   Okay. Going to your -- the portion of the
5      insufficient skim rubber over the chafer
6      fabric, do you know to what extent that
7      contributed to the slow leak?
8  A   It contributed in a qualitative way that is
9      certainly in keeping with equivalent -- not
10     equal but equivalent to the flash but beyond
11     that, it's impossible to more precisely
12     quantify the relative contributions of those
13     two defects.
14 Q   And do you think that that was a -- that the
15     skim rubber over the chafer fabric, I think you
16     had said that that was a contributing factor?
17 A   I characterize the thin skim rubber to be a
18     contributing factor, yes.
19 Q   You don't believe that was a proximate cause?
20 A   Hypothetically, if only thin skim rubber
21     existed in the absence of flash and non fill,
22     then I'm not sure that leakage would be a
23     consequence.
24         So, again, hypothetically
25     singling out that condition and expressing

**Page 83**

1  uncertainty as to whether it would be
2  consequential, is my basis for therefore
3  calling it a contributing factor instead of a
4  proximate cause.
5  Q   Okay. In your tire report you don't cite any
6      sources or facts that support your position
7      that the skim rubber thickness over the chafer
8      fabric was a contributing factor. Are there
9      additional documents that help you -- that
10     support this opinion?
11 A   That's where this additional publication from
12     Frank Herzegh is, I think, of value where that
13     issue was specifically addressed. And he is
14     rather thorough in describing what happened.
15         He invented the tubeless tire.
16     And one of the things he did to accomplish that
17     was thicken up the rubber significantly over
18     the chafer to convert a tube-type tire to a
19     tubeless tire.
20 Q   Other than that, any other documents that would
21     support the theory?
22 A   I'm -- I can't think of any additional
23     documents right now.
24 Q   You said in your -- in Exhibit 77 in your tire
25     report that the consequences are well

**Page 84**

1  understood. The consequences of what are well
2  understood?
3         And why don't I go ahead and
4  refer you to -- I'm looking at Page 3 of 16 on
5  Exhibit 77.
6  A   Right.
7  Q   And it's the paragraph that begins "such
8      manufacturing defects" and that second sentence
9      says:
10         "Its nature and appearance
11         as well as its consequences are
12         well understood."
13 A   Right.
14 Q   Well, the consequences of what are well
15     understood?
16 A   The consequences of defects like what we've
17     been discussing were to remain in the tire and
18     sold, gone out the door. And out the door of
19     the factory, that is. So yes, that's what I'm
20     referring to when I make that statement.
21 Q   So the consequences of excess flash and non
22     fill are well understood; is that correct?
23 A   Well, I'm saying that in addition to its nature
24     and appearance. And so all of that is well
25     understood, I'm saying.

**Page 85**

1         And, again, it's embraced in the
2  Dunlop specifications and where they say in the
3  specifications, tires with these conditions
4  quote, are not fit for use, end of quote.
5  That's what Dunlop says in their own words.
6         And so -- and so and it's a
7  consequence that goes way beyond cosmetic. For
8  heaven's sake, these conditions can't even be
9  seen in a tire that's mounted on a rim. So any
10 claim as to it being cosmetic is -- in my view
11 is false.
12 Q   I just want to confirm that when you're saying
13     its consequences, that it's the consequences of
14     excess flash and non fill in the bead that you
15     believe are well understood, that that's what
16     this reference is.
17 A   Yes. The nature, appearance, and consequences
18     are well understood. I'm referring to all
19     three of those when I say is -- are well
20     understood, yes.
21 Q   Okay. And is there any peer-reviewed articles
22     that explains these well-understood
23     consequences of excess flash?
24 A   I don't know of any articles that specifically
25     address excess flash. Again, Frank Herzegh

**Page 166**

1  A   If by that you mean a sample owner's manual for
2      this model year and make of motorcycle, I am
3      not sure if the manual that I have looked at
4      represents that or not. Probably does not.
5      It's a touring bike, a touring motorcycle.
6      That's all I know.
7  Q   Okay. Have you -- prior to submitting your
8      report did you read or review the driver's
9      license booklet for the State of Wisconsin?
10 A   I have not seen the driver's license booklet
11     for the State of Wisconsin, no.
12 Q   I just have a few more questions here. Is it
13     true that you don't hold -- let me rephrase
14     that. That's a bad question.
15            You don't hold an engineering
16     degree of any kind; is that correct?
17 A   I have a bachelor of science with a major in
18     physics degree instead of an engineering
19     degree.
20 Q   Okay. And you're not a professional licensed
21     engineer in any state; correct?
22 A   I'm a scientist as opposed to an engineer and
23     so I do not have a professional licensed
24     engineering degree.
25 Q   Did you think you do not have a -- you're a

**Page 167**

1      scientist and you do not have a professional
2      engineering degree?
3  A   That's correct. I'm a scientist as opposed
4      to -- that's what my degree is in. And so I do
5      not have a degree -- a license or whatever it's
6      called, as a professional engineer.
7  Q   Okay. So just for the record to be clear, you
8      do not have a license as a professional
9      engineer?
10 A   I do not have a license as a professional
11     engineer, that's correct.
12 Q   Okay. And you have never taken a course on
13     tire design or tire manufacturing?
14 A   I'm not aware of the existence of courses on
15     tire design or tire manufacturing but beyond my
16     experience at Uniroyal, I don't have -- I have
17     not taken any such courses.
18 Q   Okay. And you're not a chemist or a chemical
19     engineer?
20 A   I'm a physicist, not a chemist or a chemical
21     engineer, that's correct.
22 Q   And you do not consider yourself to be a tire
23     compounder?
24 A   I'm a physicist as opposed to a tire
25     compounder, which generally would be viewed as

**Page 168**

1      a specialty in chemistry.
2  Q   And you have not designed a motorcycle tire,
3      have you?
4  A   I have not designed a motorcycle tire, that's
5      correct.
6  Q   And you would not hire yourself to design a
7      motorcycle tire; is that true?
8  A   I would not hire myself to design a motorcycle
9      tire, that's correct.
10 Q   Okay. And is it true that you've never
11     designed a component for a motorcycle tire?
12 A   I have never designed a component for a
13     motorcycle tire, that's correct.
14 Q   Okay. And you do not hold any patents on tire
15     design or tire components?
16 A   I do not hold any patents on tire design or
17     tire components, that's correct.
18 Q   So it's your opinion that the tire pressure in
19     this case reached a single digit at the time of
20     the accident?
21 A   Yes. It's my opinion that the tire pressure
22     reached single digits. In a broader sense,
23     probably below ten PSI but certainly greater
24     than -- significantly greater than zero PSI at
25     the time of the catastrophic failure.

**Page 169**

1  Q   And you believe that because the tire reached
2      temperature of approximately 482 degrees
3      Fahrenheit?
4  A   482 degrees Fahrenheit, the official melting
5      temperature of polyester cords and that's the
6      basis of that conclusion.
7  Q   And you believe that it reached a single digit
8      pressure level due to a slow leak caused by
9      excess flash and non fill in the bead area?
10 A   Yes. It reached a single digit pressure due to
11     a slow leak and the only reasonable explanation
12     for the slow leak was excess flash and non fill
13     in the bead area.
14 Q   And you believe that this slow leak occurred
15     over the course of Mr. Bishop's last trip on
16     the day of the accident?
17 A   Yes. I believe this leak occurred during the
18     course of that trip, culminating with the
19     pressure that we -- that I've stated and the
20     catastrophic failure resultant from that
21     pressure.
22 Q   Okay. Now, you don't know what the inflation
23     pressure -- we don't -- strike that. I'll
24     rephrase it.
25            You don't know for certain what