# EXHIBIT B

HARLEY-DAVIDSON APPLETON, WI          WORK ORDER INVOICE                                              Page:    1

Phone:                          Fax:                        Work Order No.:            51327
Customer:     34164                                         Shop Tag:                             Plate No:    RN668
OTTO F. BISHOP JR                                           Invoice No.:             512381    Sold By:          JJ
                                                            Ref No.:
                                                            VIN:          1HD1FCW116Y665468
                                                            Model:        FLHTC-UI    T    Mfg:          HD
Phone:                    Work: (000)000-0000    Ext.:      Color:        BLACK CHERRY/F  Year:         2006
Fax:     (000)000-0000    Tax Exempt:     N                 Mileage In:              10216    Out:      10216
P.O. No.:                         Tax No:                   Appointment:         9/27/2007              5:42 PM
Comments:   10K SERVICE W/SYN3, M&B R TIRE                  Offered Back:        9/28/2007              5:32 PM
                                                                                 Ser Adv:                   DL

| Item Number / *Job Code | Item Description / Labor Description | Del Qty / Hours | Price Ea / Hrly Rate | | Ext Amt |
|---|---|---|---|---|---|

Customer States:

| Event Number: | 1 | Description: | 10K SERVICE W/SYN3 | | Type: | R | |
|---|---|---|---|---|---|---|---|
| 10076 | CLAMP, MAIN HARNESS | | 1.00 | 2.75 | 0.00 | | 2.75 |
| BS3 | BULK SYN 3 OIL | | 6.00 | 9.95 | 0.00 | | 59.70 |
| 11105 | O-RING, DRAIN PLUG | | 2.00 | 0.45 | 0.00 | | 0.90 |
| 11324 | O-RING, DRAIN PLUG | | 1.00 | 1.75 | 0.00 | | 1.75 |
| 32362-04 | SPARK PLUG, 6R12 | | 2.00 | 2.95 | 0.00 | | 5.90 |
| 34906-85D | GASKET, INSPECTION C | | 1.00 | 3.25 | 0.00 | | 3.25 |
| 63798-99A | OIL FILTER, CHROME S | | 1.00 | 13.95 | 0.00 | | 13.95 |
| LABOR | Job Code: | Tech:BL | 3.00 | 65.00 | 0.00 | | 195.00 |
| | 10K SERVICE | | | | | | |
| | PERFORMED 10K SERVICE W/SYN3 | | | | | | |

| Event Number: | 2 | Description: | M&B R TIRE (BW) AND PADS IF NE | | Type: | R | |
|---|---|---|---|---|---|---|---|
| 43329-04 | D402 MU85B16 BW | | 1.00 | 149.95 | 0.00 | | 149.95 |
| P-P564 | WHEEL WEIGHT STICK-0 | | 6.00 | 0.25 | 0.00 | | 1.50 |
| LABOR | Job Code: | Tech:BL | 1.00 | 65.00 | 0.00 | | 65.00 |
| | M&B R TIRE | | | | | | |
| | MOUNTED & BAL R TIRE | | | | | | |

| Event Number: | 4 | Description: | INSTALL MUDFLAP | | Type: | R | |
|---|---|---|---|---|---|---|---|
| HIS PART | MUDFLAP | | 1.00 | 0.00 | 0.00 | | 0.00 |
| LABOR | Job Code: | Tech:BL | 0.30 | 65.00 | 0.00 | | 19.50 |
| | INSTALL MUDFLAP | | | | | | |

| Cash: | $0.00 | | | | Item Total: | 239.65 |
|---|---|---|---|---|---|---|
| Check: | $548.29 | Number: | 2354 | | Labor Total: | 279.50 |
| Credit Card: | $0.00 | Expiration: | 00/00 | | Contract Labor: | 0.00 |
| Type: | | Card No.: | | | Flat Charge Total: | 0.00 |
| Charged On Account: | | | 0.00 | | Shop Supplies: | 3.00 |
| Gift Certificate: | | | 0.00 | | Storage Fee: | 0.00 |
| SO/Layaway Deposit: | | | 0.00 | | Tax Total: | 26.14 |
| Work Order Deposit: | | | 0.00 | | Deductible(s) Total: | 0.00 |
| | 0.00 | | | | Total Amount Due: | 548.29 |
| | | | | | Total Received: | $548.29 |
| | | | | | Change Tendered: | 0.00 |

BISHOP          9238
000200

| | | | | | |
|---|---|---|---|---|---|
| Phone: | Fax: | Work Order No.: | 51327 | | |
| | | Shop Tag: | | Plate No: | RN668 |
| Customer: 34164 | | Invoice No.: | 512381 | Sold By: | JJ |
| OTTO F. BISHOP JR | | Ref No.: | | | |
| | | VIN: | 1HD1FCW116Y665468 | | |
| | | Model: | FLHTC-UI  T | Mfg: | HD |
| Phone: | Work: (000)000-0000  Ext.: | Color: | BLACK CHERRY/F | Year: | 2006 |
| Fax: (000)000-0000 | Tax Exempt: N | Mileage In: | 10216 | Out: | 10216 |
| | | Appointment: | 9/27/2007 | | 5:42 PM |
| P.O. No.: | Tax No: | Offered Back: | 9/28/2007 | | 5:32 PM |
| Comments: 10K SERVICE W/SYN3, M&B R TIRE | | | | Ser Adv: | DL |

| Item Number / | Item Description | Del Qty / | Price Ea / | | Ext Amt |
| --- | --- | --- | --- | --- | --- |
| *Job Code | Labor Description | Hours | Hrly Rate | | |
| | INSTALLED MUDFLAP | | | | |
| Event Number: | 5  Description: ADJUST IDLE | | | Type: R | |
| LABOR  Job Code: | Tech:KD | 0.00 | 65.00 | 0.00 | 0.00 |
| | ADJUST IDLE | | | | |
| | ADD FUEL | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Cash: | $0.00 | | | Item Total: | 239.65 |
| Check: | $548.29 | Number: | 2354 | Labor Total: | 279.50 |
| Credit Card: | $0.00 | Expiration: | 00/00 | Contract Labor: | 0.00 |
| Type: | Card No.: | | | Flat Charge Total: | 0.00 |
| Charged On Account: | | 0.00 | | Shop Supplies: | 3.00 |
| Gift Certificate: | | 0.00 | | Storage Fee: | 0.00 |
| SO/Layaway Deposit: | | 0.00 | | Tax Total: | 26.14 |
| Work Order Deposit: | | 0.00 | | Deductible(s) Total: | 0.00 |
| | 0.00 | | | Total Amount Due: | 548.29 |
| | | | | Total Received: | $548.29 |
| | | | | Change Tendered: | 0.00 |

BISHOP          9238
000201