# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

| | | |
|---|---|---|
| OTTO BISHOP; and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) ) | Civil No. 13-5062 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| THE GOODYEAR TIRE AND RUBBER COMPANY; and GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD., | ) ) ) ) ) | **GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | ) ) | |

Goodyear Dunlop Tires North America, Ltd. ("GDTNA"), in compliance with Federal Rule of Civil Procedure 7.1, submits the following supplemental disclosure:

Sumitomo Rubber USA, LLC is the successor to the entity formerly known as Goodyear Dunlop Tires North America, Ltd. Sumitomo Rubber USA, LLC is a limited liability company owned by SRI America, Inc. (75%) and SRI USA, Inc. (25%). SRI USA, Inc. is a wholly owned subsidiary of Sumitomo Rubber Industries Ltd. Sumitomo Rubber Industries Ltd. is a publicly held corporation.

Dated this 29th day of March, 2016.

        LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

        By: */s/ Thomas G. Fritz*
            Thomas G. Fritz
            PO Box 8250
            Rapid City, SD 57709-8250
            tfritz@lynnjackson.com
            605-342-2592

        GREENSFELDER, HEMKER & GALE, P.C.
            Edward S. Bott, Jr. *admitted pro hac vice*
            10 South Broadway, Suite 2000
            St. Louis, MO 63102
            esb@greensfelder.com
            314-241-9090

        BALLARD SPAHR LLP
            Roger P. Thomasch, *admitted pro hac vice*
            Patrick H. Pugh, *admitted pro hac vice*
            1225 17th Street, Suite 2300
            Denver, CO 80202
            thomasch@ballardspahr.com
            pughp@ballardspahr.com
            303-292-2400

        ***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

       I hereby certify that on the 29th day of March 2016, I sent by Notice of Electronic Filing generated by the CM/ECF system to:

Mr. Benjamin L. Kleinjan
Helsper and Mahlke, P.C.
415 8th Street South
Brookings, SD 57006
blk1@brookings.net

Mr. William R. Edwards III
The Edwards Law Firm
802 N. Carancahua Street
Suite 1400
Corpus Christi, TX 78401
bedwards@edwardsfirm.com

a true and correct copy of **GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**.

                                              *s/ Thomas G. Fritz*
                                              Thomas G. Fritz

#1587913