```
 1           UNITED STATES DISTRICT COURT
 2             DISTRICT OF SOUTH DAKOTA
 3                 WESTERN DIVISION
 4
 5   OTTO BISHOP; and STATE FARM MUTUAL
     AUTOMOBILE INSURANCE COMPANY,
 6
                 Plaintiffs,      Case No. 13-5062
 7       vs.
 8   THE GOODYEAR TIRE AND RUBBER
     COMPANY; and GOODYEAR DUNLOP TIRES
 9   NORTH AMERICA, LTD.,
10               Defendants.
11   _____
12
13
14           VIDEOTAPED DEPOSITION OF
15                GLENN D. FOLLEN
16                Las Vegas, Nevada
17            Friday, October 24, 2014
18                    Volume I
19
20
21
22   Reported By:
     Ellen L. Ford, RPR, CRR
23   CSR No. 846
24   Job No. 1950955
25   Pages 1 - 123
```

Page 1

Veritext National Deposition & Litigation Services
877-955-3855



EXHIBIT A

| | |
|---|---|
| 1 in Mr. Woerhle's deposition, and it's also evident on 13:24:45 | 1 30 PSI, can you quantify the load that was on the tire 13:29:50 |
| 2 some of the motorcycles that were measured in the 13:24:52 | 2 to cause the damage that you described? 13:29:57 |
| 3 Goodyear rally data spreadsheets that I had. 13:24:57 | 3  A  Yes. 13:30:04 |
| 4  Q  Based on that, if this -- if the load that you 13:25:09 | 4  Q  And what would that be? 13:30:06 |
| 5 calculated here is 30 pounds above GVWR of the 13:25:15 | 5  A  What would the load be? 13:30:09 |
| 6 motorcycle, you're saying two-thirds of that would be 13:25:26 | 6  Q  Yes. 13:30:11 |
| 7 going to the rear wheel or front wheel? 13:25:29 | 7  A  Well, I think at 30 PSI, and at the -- the tire 13:30:12 |
| 8  A  No, to the rear wheel. And that's based on 13:25:33 | 8 rim, as I recall, didn't specify 30 PSI, I think the 13:30:20 |
| 9 just some of the information that's available. I 13:25:36 | 9 next iteration was 29 PSI, and it's something on the 13:30:25 |
| 10 don't know what the loaded load distribution of that 13:25:39 | 10 order of -- at that inflation, the load capacity of 13:30:28 |
| 11 motorcycle is. Based on these calculations here, we 13:25:43 | 11 the tire is like 728 pounds. 13:30:33 |
| 12 have not exceeded the maximum load capacity of the 13:25:47 | 12  Q  And you made -- the reference was to RMA; is 13:30:56 |
| 13 tire, if that's what your question is getting to. 13:25:51 | 13 that correct? 13:31:00 |
| 14  Q  That is my question. Do you have an opinion 13:25:54 | 14  A  Yes. 13:31:01 |
| 15 about whether or not the load on the tire during this 13:25:59 | 15  Q  Is that part of your reference material that 13:31:08 |
| 16 last trip exceeded the load capacity of the tire? 13:26:03 | 16 you have provided us? 13:31:11 |
| 17  A  I believe it did, yes. 13:26:08 | 17  A  Yes, it should be. 13:31:14 |
| 18  Q  And how much load -- what was the load -- what 13:26:11 | 18  Q  And I take it that the RMA -- 13:31:18 |
| 19 then -- 13:26:19 | 19  A  I'm sorry. I said RMA. Tire & Rim. Excuse 13:31:21 |
| 20     Did you calculate the load on the rear tire? 13:26:25 | 20 me. 13:31:25 |
| 21  A  I don't have enough available information to be 13:26:30 | 21  Q  The TRA? 13:31:26 |
| 22 able to do that with any specific amount. 13:26:32 | 22  A  Yes. Sorry about that. 13:31:27 |
| 23  Q  Why is it then that you say you're of the 13:26:40 | 23  Q  All right. Does the TRA specify -- specify 13:31:33 |
| 24 opinion that the load on the tire exceeded the rated 13:26:43 | 24 what a tire like this tire -- I probably ought to just 13:31:37 |
| 25 load of the tire? 13:26:46 | 25 ask you to describe it rather than trying to put my 13:31:52 |
| Page 58 | Page 60 |
| 1  A  First of all, are we still under your 13:26:49 | 1 own words to it. 13:31:55 |
| 2 hypothetical that it had 40 PSI in it? 13:26:53 | 2     The TRA designates certain load ranges for 13:31:56 |
| 3  Q  I'll tell you what. Let me -- let me ask 13:26:59 | 3 tires; is that right? 13:32:04 |
| 4 another question. 13:27:02 | 4  A  They designate certain inflations, and then 13:32:05 |
| 5  A  Okay. 13:27:03 | 5 they specify the load that can be carried for a range 13:32:07 |
| 6  Q  What is the rated load of the tire? 13:27:05 | 6 of inflations. 13:32:10 |
| 7  A  It's 908 pounds at 40 PSI inflation. 13:27:08 | 7  Q  For a given load range designation? 13:32:13 |
| 8  Q  Are you of the -- do you have an opinion as to 13:27:19 | 8  A  For a given size tire. 13:32:17 |
| 9 whether or not the tire -- that the load on the tire 13:27:22 | 9  Q  All right. So for this given size tire, at 40 13:32:21 |
| 10 exceeded 908 pounds? 13:27:26 | 10 PSI, it's to be rated for 908 pounds? 13:32:28 |
| 11  A  I believe, based on the information that was in 13:27:32 | 11  A  Correct. 13:32:31 |
| 12 discovery, that it could have exceeded that load, yes. 13:27:38 | 12  Q  And that -- and without going -- without me 13:32:32 |
| 13 Do I have a number? No, I don't. 13:27:46 | 13 pulling your reference material, do they show -- you 13:32:37 |
| 14  Q  Do you have an opinion, based on reasonable 13:27:51 | 14 mentioned the iteration 29 PSI. Are there other 13:32:41 |
| 15 engineering probability, that the load on the tire 13:27:54 | 15 iterations? 13:32:45 |
| 16 during this last trip exceeded 908 pounds? 13:27:59 | 16  A  Yes. It -- it -- at its maximum configuration, 13:32:46 |
| 17  A  I can't substantiate it, so the answer to 13:28:05 | 17 the 908 PSI, that's at a 40 PSI inflation. Then it 13:32:52 |
| 18 that's no. There's not enough information provided to 13:28:07 | 18 drops down to 36, 33, 29, and then at 25. 13:32:57 |
| 19 allow me to do that. 13:28:15 | 19  Q  And do you recall -- do you have that with you 13:33:14 |
| 20  Q  If you assume that the tire was at 30 PSI, can 13:29:23 | 20 right there or are you -- 13:33:15 |
| 21 you quantify the load that was on the tire to cause 13:29:27 | 21  A  Yeah, I sure do, yes. 13:33:17 |
| 22 the damage that you found? 13:29:35 | 22  Q  Okay. Let me get you to just, if you will, 13:33:18 |
| 23  A  Could I ask you to give me that again, please? 13:29:39 | 23 read those off for me for 36 PSI, what's the rated 13:33:21 |
| 24  Q  All right, I'll try. 13:29:42 | 24 load? 13:33:24 |
| 25     If you assume that the pressure in the tire was 13:29:47 | 25  A  36 PSI, the load capacity is 853 pounds. And 13:33:25 |
| Page 59 | Page 61 |