In The Matter Of:

*Otto Bishop*
*vs.*
*The Goodyear Tire & Rubber Co., et al.*

---

*William J. Woehrle*

*September 5, 2014*

---

**MERRILL CORPORATION**
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275



EXHIBIT B

**Page 174**

1  Q  Okay. And you can't tell me with any relative
2     certainty how fast the motorcycle was traveling
3     over the 600 miles they traveled that day; is
4     that correct?
5  A  There's no facts in evidence or Answers to
6     Interrogatories that have been submitted that
7     would depart from normal expectations of
8     highway speeds ranging from 45 to 60 miles an
9     hour, for example, that was stated in the
10    Answers to the Interrogatories.
11 Q  Okay. So you don't have any information as to
12    how fast the motorcycle was traveling during
13    its last trip?
14 A  The only information I have is what was stated
15    in the response to the Interrogatories, which,
16    as I said, were ranges of 45 to 60 miles an
17    hour.
18 Q  So is it your position that a tire inflated to
19    20 PSI with a load that's 120 percent of the
20    maximum load, traveling 70 miles an hour over
21    600 miles cannot reach a temperature that this
22    tire reached?
23 A  Oh, I know it can't. Without -- no rate of
24    error. It will not reach that temperature
25    necessary to melt cords. I know that.

**Page 175**

1  Q  And is that based on your dynamic temperature
2     testing?
3  A  It's based on the temperature testing that was
4     already captured in this report. It was based
5     on the temperature testing captured in the
6     report for the Clutchey case. And more
7     importantly, it's based on my extensive
8     experience over, like, 25 years I spent with
9     Uniroyal.
10 Q  How much time of your work do you devote to
11    litigation?
12 A  Oh, probably 150 percent based on what my wife
13    would say. This is full-time job.
14           I teach police officers in the
15    State of Michigan, also. And so in terms of my
16    percent of work activity for which I get paid,
17    5 percent or so, not even that amount, but a
18    small amount comes by form of payments from
19    Michigan State University in my role of
20    teaching police officers in the State of
21    Michigan on tires involved in accidents. The
22    remainder is litigation.
23 Q  Okay. And in how many cases have you advanced
24    similar opinions as what you've set forth in
25    this case?

**Page 176**

1  A  Well, probably the easy way to respond to that
2     is to look at the OSIs in this report, other
3     similar cases. And there's probably more in
4     addition to that but we've got one, two, three,
5     four, five, six, seven, eight, nine, ten, 11,
6     12, 13, 14 listed in this report and there's
7     probably -- I know there's a couple of more
8     that aren't listed. And as I state in each one
9     of those, I'm stating an opinion.
10 Q  So what is that, Exhibit 80?
11 A  Is that the number?
12 Q  Are you looking at your testimony experience?
13 A  No. I'm looking at the report. What Exhibit
14    number is my report? What number is that?
15 Q  So in each of these -- in Exhibit 77, starting
16    on Page 12, each of these you have the same
17    defect theory as in our current case; is that
18    correct?
19 A  I need to find Exhibit 77. I'm not sure.
20 Q  That's your report. Yeah, I'm sorry, yeah,
21    Exhibit 77 is the report.
22 A  Yes. Yes. As I state in each one of those 14
23    that I counted up.
24 Q  Okay. And not all of these include -- not all
25    of the cases that you cite in Exhibit 77

**Page 177**

1     involve MU85; is that true?
2  A  Not all of them involve an MU85, that's
3     correct.
4  Q  Okay. Can you go through on Exhibit Number 80,
5     which is your testimony experience, and
6     highlight which of these cases you advance a
7     similar opinion as you have in this case?
8  A  If by similar opinion you mean a run soft
9     failure in a motorcycle tire that's explained
10    by defects in the bead, I can highlight that,
11    yes.
12 Q  Yes, please.
13           MR. EDWARDS: Patrick, can I ask
14    you how much longer you think you've got?
15           MR. PUGH: Yeah. No, I have no
16    more than a minute or two. I'm pretty much
17    done here.
18           MR. EDWARDS: Okay.
19           THE WITNESS: Okay. I've done
20    it.
21 BY MR. PUGH:
22 Q  Okay. I just have one -- a couple of quick
23    questions.
24           In Exhibit 80 on the first page,
25    it looks like you -- I'll start with the DeLara