# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Jeffrey L. Viken United States Chief Judge Presiding

| Courtroom Deputy - SLT | Court Reporter – Judy Thompson |
| Courtroom - RC #1 | Date – 5/11/2016 |

## CIV. 13-5062

| | |
|---|---|
| Otto Bishop | Terry Westergaard and William Edwards |
| Plaintiff, | |
| vs. | |
| Goodyear Dunlop Tire North America, LTD | Barbara Lewis, Edward Bott, Patrick Pugh |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 9:00 a.m.

TIME:

| | |
|---|---|
| 11:36 a.m. | Enter continued Pretrial Conference before the Honorable Jeffrey L. Viken, United States Chief Judge, presiding. |
| | The Court notes the appearances of counsel. |
| | The Court continues to review and rule on objections to the expert testimony of Jay Lawrence. |
| | The Court reviews and rules on objections to the Court's proposed jury instructions. |
| 1:40 p.m. | Court in Recess. |
| 2:09 p.m. | Court resumes. |
| | The Court continues to review ad rule on objection to the Court's proposed jury instructions. |
| | Counsel has nothing further. |
| 3:33 p.m. | Court adjourned. |